

**Signed: November 18, 2009**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| 1 | Prober & Raphael, |
| 2 | A Law Corporation |
| | Dean Prober, Esquire, #106207 |
| 3 | Lee S. Raphael, Esquire, #180030 |
| | Cassandra J. Richey, Esquire #155721 |
| 4 | David F. Makkabi, Esquire #249825 |
| | P.O. Box 4365 |
| 5 | Woodland Hills, CA 91365-4365 |
| 6 | (818) 227-0100 |
| | Attorneys for Secured Creditor |
| 7 | U.S. Bank, N.A., Successor in interest to |
| | the FDIC as receiver for Downey |
| 8 | Savings and Loan Association, F.A. |
| 9 | F.040-838 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                          ) Bk. No. 09-12668
JORGE VARGAS ESPARZA,                      )
                                                                   ) CHAPTER 7
                    Debtor.                                  )
                                                                   ) R.S. No. DRP – 599
                                                                   )
                                                                   ) ORDER FOR RELIEF FROM
                                                                   ) <u>AUTOMATIC STAY</u>
                                                                   )
                                                                   ) Hearing-
                                                                   ) Date :  November 12, 2009
                                                                   ) Time :  9:00 a.m.
                                                                   ) Place :  U.S. Bankruptcy Court
                                                                   )               99 South E Street
_____ )               Santa Rosa, California
                                                                   )               Courtroom (bkcy)

The Motion for Relief from Automatic Stay of U.S. Bank, N.A., Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on November 12, 2009 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

-1-

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A., Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2713 Comanche Street, Santa Rosa, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that there is no waiver of the 10-day stay provided by Bankruptcy Rule 4001(a)(3).

** END OF ORDER**